**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **EDEKKA LLC,**<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**BARNEYS NEW YORK, INC.,**<br><br>　　　　　　　Defendant. | Case No. 2:14-cv-405<br><br>**CONSOLIDATED CASE**<br><br>**LEAD CASE** |
| **EDEKKA LLC,**<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**RAKUTEN COMMERCE, LLC d/b/a RAKUTEN.COM SHOPPING,**<br><br>　　　　　　　Defendant. | Case No. 2:14-cv-413<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN
PLAINTIFF EDEKKA LLC AND
DEFENDANT RAKUTEN COMMERCE, LLC d/b/a RAKUTEN.COM SHOPPING**

On this day, the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between eDekka LLC ("eDekka") and Defendant Rakuten Commerce, LLC d/b/a Rakuten.com Shopping ("Rakuten.com"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that this action and all claims and counterclaims asserted in this suit between eDekka and Rakuten.com are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

**So Ordered and Signed on this**

**Jan 15, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2